BURNETTE ET AL. v. DAVIS ET AL.

No. 241.  Decided October 25, 1965.*

*Aubrey R. Bowles, Jr.,* and *Aubrey R. Bowles III* for appellants in No. 241.  *Samuel W. Tucker* and *Henry L. Marsh III* for appellants in No. 424.

*Robert Y. Button,* Attorney General of Virginia, *R. D. McIlwaine III,* Assistant Attorney General, *David J. Mays* and *Henry T. Wickham* for appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE FORTAS took no part in the consideration or decision of these cases.

RATLEY v. CROUSE, WARDEN.

No. 551, Misc.  Decided October 25, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

---

*Together with No. 424, *Thornton et al.* v. *Davis et al.,* also on appeal from the same court.